UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN CORY, et al.,<br><br>              Plaintiff(s),<br><br>   v.<br><br>USAA GENERAL INDEMNITY<br>COMPANY,<br><br>              Defendant(s). | CASE NO. C25-5452-KKE<br><br>ORDER EXTENDING STAY AND<br>SETTING DEADLINE FOR JOINT<br>STATUS REPORT |

This matter comes before the Court on the parties' Joint Status Report filed October 31, 2025. Dkt. No. 18. On August 12, 2025, the Court granted Plaintiffs' motion to compel appraisal (Dkt. No. 12), stayed this matter pending the appraisal process, and ordered the parties to update the Court on their progress by October 31, 2025. Dkt. No. 17. The parties now jointly report that the appraisal process is still ongoing and request that the stay of litigation remain in effect.

Accordingly, the Court ORDERS that (1) the previously entered stay shall remain in effect and (2) the parties shall file a joint status report no later than January 30, 2026, addressing the progress made and whether the stay should continue to remain in effect past that date.

Dated this 4th day of November, 2025.

Kymberly K. Evanson
United States District Judge