UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN CORY, et al., | CASE NO. C25-5452-KKE |
| Plaintiff(s), | ORDER TO FILE A JOINT STATUS REPORT |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

After granting Plaintiffs' motion to compel appraisal and staying this action pending appraisal (Dkt. No. 17), the Court ordered the parties to "file a joint status report no later than January 30, 2026, addressing the progress made and whether the stay should continue to remain in effect past that date." Dkt. No. 19 at 1.

On February 2, 2026, the parties filed a joint status report indicating that the appraisal process "recently concluded." Dkt. No. 20. This report does not address whether the parties agree on the next steps for this litigation. The parties are therefore ORDERED to file a joint status report on that issue no later than February 6, 2026.

Dated this 3rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A JOINT STATUS REPORT - 1