UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN CORY, et al.,<br><br>Plaintiff(s),<br>v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>Defendant(s). | CASE NO. C25-5452-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties have notified the Court that they have settled this case and request dismissal. Dkt. No. 31. The Court GRANTS the stipulated motion and ORDERS that this action is DISMISSED with prejudice and without an award of costs or fees to any party.

Dated this 6th day of November, 2026.

Kymberly K. Evanson
United States District Judge